**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE MEDTRONIC, INC. SPRINT FIDELIS LEADS PRODUCTS LIABILITY LITIGATION<br><br>This documents relates to:<br>**Bennington et al. v. Medtronic, Inc. et al.**<br>**08-cv-05826** | MDL NO. 08-1905 (RHK/JSM)<br><br>**PLAINTIFFS' LEAD COUNSEL'S MOTION TO DISMISS** |

PLEASE TAKE NOTICE that Plaintiffs' Lead Counsel hereby moves the Court to enter an Order for Dismissal, as set forth below:

1. Pursuant to the confidential Adjustment to Master Settlement Agreement (hereinafter, the "MSA"), Medtronic and Plaintiffs' Lead Counsel agreed to settle certain cases related to the Medtronic Sprint Fidelis Leads at issue in the above-captioned MDL.

2. Pursuant to the MSA and Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs' Lead Counsel hereby moves for dismissal with prejudice of the above-referenced matter as to the following plaintiffs:

| Last Name | First Name |
|---|---|
| Bennington | Patricia |
| Churchwell | Lynda |
| Cotsakis, Jr. | George |
| Garcia | Joyce |
| Whitlow | Thomas |
| Williamson | Nancy |

Dated:  June 6, 2011

   s/Daniel E. Gustafson
Daniel E. Gustafson (#202241)
**Gustafson Gluek PLLC**
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Telephone:  (612) 333-8844
*Plaintiffs' Lead Counsel*